UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ESTATE OF RICHARD T. COLE, JR.,<br>et al.<br><br>    Defendants. | Case No. 22-cv-12916<br><br>Honorable Robert J. White |

## JUDGMENT

The Court has granted the government's motion for summary judgment and denied defendant Robert W. Burland, Jr.'s cross-motion for summary judgment. Accordingly,

IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for the United States of America and against defendant Robert W. Burland, Jr.

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered against the defendant Robert W. Burland, Jr., for trust-fund tax liabilities in regard to Associated Community Services, Inc. for the quarterly tax periods ending March 31, 2008, June 30, 2008, September 30, 2008, December 31, 2008, March 31, 2010, and December 31, 2012, in the amount of $4,328,572.04, plus statutory additions and interest from and after October 27, 2022, including interest as allowed under sections 6601, 6621, and 6622 of the Internal Revenue Code and section 1961(c) of Title 28 of the United States Code.  Costs to be permitted in accordance with law.

KINIKIA D. ESSIX
CLERK OF COURT

By:_s/Tara Villereal_____
             Deputy Clerk

May 15, 2026


Approved: s/ Robert J. White_____
               Robert J. White
               United States District Judge